**No. 10-11178. Dephen Baker, Petitioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility.**

565 U.S. 871, 132 S. Ct. 225, 181 L. Ed. 2d 124, 2011 U.S. LEXIS 6643.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.